# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| NOLA JEAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION FILE |
| ) | NO. _____ |
| JAMES WOFFORD, ) | |
| TRANSPORT CORPORATION ) | |
| OF AMERICA, INC., AND ) | |
| GREAT WEST CASUALTY ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

**TO:** Judges of the United States District Court
Northern District of Georgia

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendants hereby remove the civil action captioned *Nola Jean vs. James Wofford, Transport Corporation of America, Inc. and Great West Casualty Company, Forward Air, Inc.*, Civil Action File No. 14EV001413-F from the State Court of Fulton County, Georgia, to the United States District Court for the Northern District of Georgia. Removal is based upon the following:

1

406757v.1

## Removal Based on Diversity Jurisdiction Pursuant to 28 U.S.C. § 1441

1.      This Court has original jurisdiction of this matter pursuant to 28 U.S.C. § 1332 and this matter may be removed to this Court under 28 U.S.C. § 1441(a).

## Description of Suit

2.      Plaintiff filed a Complaint and Demand for Trial by Jury against Defendants alleging negligence related to a motor vehicle accident that occurred on or about February 8, 2013 in Dekalb County, Georgia. [Plaintiff's Complaint and Demand for Trial by Jury, June 30, 2014, Ex.1]. Defendants Answered on July 31, 2014 and served their First Request for Admission asking if Plaintiff is seeking in excess of $75,000.    [Defendant's Answer and First Request for Admission, July 31, 2014, Ex. 2 and 3]  On August 29, 2014, Plaintiff responded and admitted that she is seeking in excess of $75,000.  [Plaintiff's Response to Defendants' First Request for Admission, August 29, 2014, Ex. 4]

## Consent for Removal

3.      The procedure for removing a case to Federal Court is codified in 28 U.S.C. § 1446 and it requires that all Defendants consent to the removal. *Cook v. Randolph County, Ga.*, 573 F.3d 1143 (11th Cir. 2009); *Tri-Cities Newspaper, Inc. v. Tri-Cities Printing Pressmen and Assistants' Local 349*, 427 F.2d 325, 326-327 (5th Cir. 1970).

2

4.      Defendant James Wofford consents to this removal by and through his undersigned counsel of record.

5.      Defendant Transport Corporation of America, Inc. consents to this removal by and through its undersigned counsel of record.

6.      Defendant Great West Casualty Company consents to this removal by and through its undersigned counsel of record.

### The Amount in Controversy Requirement

7.      Plaintiff's Complaint and Demand for Trial by Jury sought a judgment for her alleged personal injuries, physical and mental pain and suffering, medical expenses, attorneys' fees, and expenses of litigation. [Plaintiff's Complaint and Demand for Trial by Jury, June 30, 2014, Ex.1].

8.      Plaintiff did not articulate the exact amount of damages she was seeking in her Complaint.  Defendants then filed a First Request for Admission asking is she was seeking in excess of $75,000, which she admitted on August 29, 2014.  [Defendant's First Request for Admission, July 31, 2014 and Plaintiff's Response, August 29, 2014, Ex. 3 and 4]

9.      The amount in controversy requirement has been met as shown by Plaintiff's Response to Defendant First Request for Admission.   [Plaintiff's Response to Defendants' First Request for Admission, August 29, 2014, Ex. 4]

3

## The Diversity of Citizenship Requirement

10.     Plaintiff is a resident of Georgia [Plaintiff's Complaint and Demand for Trial by Jury, Paragraph 1].

11.     Defendant James Wofford is a resident of South Carolina [Plaintiff's Complaint and Demand for Trial by Jury, Paragraph 2]. Defendant Transport Corporation of America, Inc. is a foreign corporation with its State of incorporation and principal place of business being Minnesota and is, therefore, a citizen of Minnesota [Plaintiff's Complaint and Demand for Trial by Jury, Paragraph 3, and Answer of Defendants, Ex. 2]. Defendant Great West Casualty Company is a foreign corporation with its state of incorporation and principal place of business being Nebraska and is, therefore, a citizen of Nebraska [Plaintiff's Complaint and Demand for Trial by Jury, Paragraph 4, and Answer of Defendants, Ex. 2]

## Compliance with Deadline for Removal

12.     Pursuant to 28 U.S.C. §1446(b)(3), this Notice of Removal is filed within thirty (30) days of Defendants ascertaining that the case is removable.

13.     Plaintiff admitted she is seeking in excess of $75,000 by and through her response to Defendant's First Request for Admission on August 29, 2014. [Plaintiff's Response to Defendants' First Request for Admission, August 29, 2014, Ex. 4]  The deadline for filing this removal without leave of court is

4

September 29, 2014.  Based on 28 U.S.C. § 1446(b)(3) this notice of removal is timely filed.

### The State Court Proceeding

14.    The state court proceeding is identified as follows: *Nola Jean vs. James Wofford, Transport Corporation of America, Inc. and Great West Casualty Company, Forward Air, Inc.,* Civil Action File No. 14EV001413-F from the State Court of Fulton County, Georgia.  A Notice of this Removal will be filed with the state court upon filing of this Notice of Removal.

### All State-Court Documents

15.    All state-court documents required to be filed with this notice are attached hereto: Plaintiff's Complaint and Demand for Trial by Jury, Answer of Defendants, Defendants' First Request for Admission, and Plaintiff's Response to Defendants' First Request for Admission Ex. 4. [All Pleadings, Exs. 1-4].

**WHEREFORE**, Defendants wish to exercise their rights under the provisions of 28 U.S.C. § 1441, *et seq.* to remove this Action from the State Court of Fulton County, Georgia, to the United States District Court, Northern District of Georgia.

5

406757v.1

This 5th day of September, 2014.

**NALL & MILLER, LLP**

By:   <u>/s/ Michael D. Hostetter</u>
       **MICHAEL D. HOSTETTER**
       Georgia Bar No. 368420

**ATTORNEY FOR DEFENDANTS**

Peachtree Center, North Tower
235 Peachtree Street NE, Suite 1500
Atlanta, Georgia 30303
Telephone: 404-522-2200
Facsimile:  404-522-2208
mhostetter@nallmiller.com

6

## CERTIFICATE OF COMPLIANCE WITH N.D.GA. LOCAL RULE 5.1B

This is to certify that this Pleading was created in Times New Roman 14 point font in accordance with Northern District of Georgia Local Rule 5.1B.

**NALL & MILLER, LLP**

By: /s/ Michael D. Hostetter
      **MICHAEL D. HOSTETTER**
      Georgia Bar No. 368420

**ATTORNEY FOR DEFENDANTS**

235 Peachtree Street NE,
North Tower, Suite 1500
Atlanta, Georgia 30303
Telephone: 404-522-2200
Facsimile: 404-522-2208
mhostetter@nallmiller.com

7

406757v.1

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the **NOTICE OF REMOVAL**

**(FEDERAL)** and served counsel for the opposing party in the foregoing matter

with a copy via US Mail as follows:

Seth M. Diamond
Morgan & Morgan, P.A.
191 Peachtree Street, N.E.
Suite 4200
Atlanta, Georgia  30303

This 5th day of September, 2014.

_____/s/ Michael D. Hostetter_____
**MICHAEL D. HOSTETTER**
Georgia Bar No. 369420

**ATTORNEY FOR DEFENDANTS**

406757v.1