UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Nola Jean

        Plaintiff,

vs.

James R. Wofford, et al,

        Defendants.

CIVIL ACTION FILE

NO. 1:14-cv-2867-WBH

## J U D G M E N T

This action having come before the court, Honorable Willis B. Hunt, Jr., United States District Judge, it is

**Ordered and Adjudged** that the action be **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 41.3(3) for want of prosecution

Dated at Rome, Georgia, this 31st day of July, 2015.

                                    JAMES N. HATTEN
                                    CLERK OF COURT

                          By:  s/J. Acker
                                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 31, 2015
James N. Hatten
Clerk of Court

By: s/J. Acker
      Deputy Clerk